**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DONAVON C. FLETCHER,

      Plaintiff,

vs.                                        CASE NO.: 3:19-cv-00894-BJD-PDB

MANUEL RAMIREZ VALDEZ and
EAGLE TRANSPORTATION, LLC,

      Defendants.
_____/

## SECOND AMENDED COMPLAINT

Plaintiff, DONAVON C. FLETCHER, by and through the undersigned attorney, hereby sues Defendants, MANUEL RAMIREZ VALDEZ and EAGLE TRANSPORTATION, LLC, and alleges:

### COMMON ALLEGATIONS

1. This is an action for damages, which exceed $15,000.00.

2. At all times material hereto, Defendant, MANUEL RAMIREZ VALDEZ, was a resident of Georgia.

3. At all times material hereto, Defendant, EAGLE TRANSPORTATION, LLC, was a foreign corporation doing business in Florida.

4. At all times material hereto, Defendant, EAGLE TRANSPORTATION, LLC's, principle address was 2425 Jenkins Road, Chattanooga, Hamilton County, FL 37421.

5. On or about March 19, 2016, Defendant, EAGLE TRANSPORTATION, LLC, owned a motor vehicle that was operated with its consent by Defendant, MANUEL RAMIREZ VALDEZ, on State Road 93 in Lake City, Columbia County, Florida.

1

6. At that time and place, MANUEL RAMIREZ VALDEZ, was an employee of Defendant, EAGLE TRANSPORTATION, LLC

7. At that time and place, MANUEL RAMIREZ VALDEZ, was in the course and scope of his employment by Defendant, EAGLE TRANSPORTATION, LLC

8. At that time and place, MANUEL RAMIREZ VALDEZ, negligently operated or maintained the motor vehicle so that it collided with the vehicle in which Plaintiff, DONAVON C. FLETCHER, was a passenger.

9. All conditions precedent to this cause of action have occurred, been performed, or have been waived.

## COUNT I
## (DONAVON C. FLETCHER v. MANUEL RAMIREZ VALDEZ)

10. Plaintiff, DONAVON C. FLETCHER, realleges paragraphs one (1) through nine (9) as to Defendant, MANUEL RAMIREZ VALDEZ.

11. As a result of the aforesaid negligence, Plaintiff, DONAVON C. FLETCHER, has suffered bodily injury and/or aggravation of a preexisting condition and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff, DONAVON C. FLETCHER, will suffer the losses in the future. Some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition, Plaintiff has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

12. Defendant, MANUEL RAMIREZ VALDEZ, is a non-resident of Florida or is concealing his whereabouts and thereby constituted service of process through the

Secretary of State of Florida pursuant to Florida Statute § 48.161 and Florida Statute § 48.181 for a civil action in Florida arising out of an auto accident which occurred in Florida. Plaintiff has exercised due diligence in attempting to locate to locate the Defendant prior to filing this Amended Complaint. A Return of Non-Service is attached hereto as "Exhibit A".

**WHEREFORE**, Plaintiff, DONAVON C. FLETCHER, demands judgment against Defendant, MANUEL RAMIREZ VALDEZ, for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

## COUNT II
## (DONAVON C. FLETCHER v. EAGLE TRANSPORTATION, LLC)

13. Plaintiff, DONAVON C. FLETCHER, realleges paragraphs one (1) through nine (9) as to Defendant, EAGLE TRANSPORTATION, LLC

14. Defendant, EAGLE TRANSPORTATION, LLC, is vicariously liable for any negligence of Defendant, MANUEL RAMIREZ VALDEZ, pursuant to the Florida Dangerous Instrumentality Doctrine.

15. Defendant, EAGLE TRANSPORTATION, LLC, is vicariously liable for any negligence of Defendant, MANUEL RAMIREZ VALDEZ, pursuant to the Respondent Superior.

16. As a result of the aforesaid negligence, Plaintiff, DONAVON C. FLETCHER, has suffered bodily injury and/or aggravation of a preexisting condition and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff, DONAVON C. FLETCHER, will suffer the losses in the future.

Some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition, Plaintiff has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

**WHEREFORE**, Plaintiff, DONAVON C. FLETCHER, demands judgment against Defendant, EAGLE TRANSPORTATION, LLC, for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Mail to: Blake H. Cole, Esq., at blake.cole@csklegal.com, tylerpettingill@csklegal.com, Ashley.mckee@csklegal.com and donna.white@csklegal.com, this 5th day of August, 2019.

**DISMUKE LAW**

By: _____

David C. Dismuke, B.C.S.
Florida Bar No. 0487619
Christopher T. Borzell, Esq.
Florida Bar No. 68277
1920 S. Florida Avenue
Lakeland, FL 33803
(863) 225-5567
frontdesk@dismukelaw.com
david@dismukelaw.com
chris@dismukelaw.com
**ATTORNEYS FOR PLAINTIFF**

4